# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS INC., <br><br> Plaintiff, <br><br> v. <br><br> PROFESSIONAL COMMUNITY MANAGEMENT OF CALIFORNIA, INC.; and Does 1 – 50, Inclusive, <br><br> Defendants. | Case No. 8:20-cv-02066-JVS-KES <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

## ORDER

GOOD CAUSE APPEARING, and based upon the foregoing Stipulation:

1. The Complaint IS hereby dismissed, with prejudice;

2. This Court shall retain jurisdiction pursuant to Federal Rule Civil Procedure 41(a)(2) for the limited purpose of enforcing the Parties' January 6, 2022 settlement agreement.

**IT IS SO ORDERED**

DATED: January 28, 2022

_____
JUDGE OF THE UNITED STATES DISTRICT COURT